IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.   5:23-CR-435 (BKS) |
| | ) | |
| **v.** | ) | |
| | ) | |
| **QUASHAWN PETTIFORD,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

# ORDER

Upon consideration of the Government's Motion for a Waiver of Attorney-Client Privilege and to Compel Production of Documents, and for good cause shown, it is hereby this 29th day of January, 2026:

ORDERED that the attorney-client privilege as it applies to George F. Hildebrandt in relation to matters raised by the defendant in his motion to vacate his conviction and sentence, filed on August 25, 2025, and his accompanying memorandum of law, filed on January 13, 2026, is waived; and further

ORDERED that attorney George F. Hildebrandt is authorized to provide the Government with an affidavit regarding the claims that the defendant is raising in his motion and to retrieve and provide Government counsel with information and copies of the portions of the file that in any way address or relate to the allegations of ineffectiveness made by the defendant.

It is so ORDERED.

Dated: January 29, 2026

Hon. Judge Brenda K. Sannes
Chief United States District Judge